UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 15-260 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| DIVINE SON IRVIS, | ) ) ) | |
| Defendant. | ) ) | |

<u>Offense charged</u>: Felon in Possession of Firearm

<u>Date of Detention Hearing</u>:   June 8, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant stipulated to the entry of an order of detention.

(2) He has already been ordered detained in CR 04-061 JCC, where a petition for revocation of supervised release is pending.

(3) At the request of his counsel, defendant was not interviewed by the Pretrial Services Officer, thus impeding the court's ability to secure information relevant to the issue of his release on conditions.

(4) Defendant has an extensive and varied criminal record since 1993. The offenses include many assaults, burglary, various property crimes, obstruction of a law enforcement officer, kidnapping, controlled substance violations, and others.

(5) Throughout his supervision, he has tested positive for alcohol, amphetamines, and cocaine. He has been attending treatment through Recovery Centers of King County since January of 2015.

(6) His supervised release has been revoked by this court at least twice before.

(7) He failed to appear for two status hearings in this court.

(8) He was briefly employed from April 2014 until August of 2014, but there has been no documented employment since then.

(9) The court concurs in the recommendation of the Pretrial Services Office that defendant be detained.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of June, 2015.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3